

UNITED STATES DISTRICT COURT

Western District of Texas

U.S. Pretrial Services Office

April 27, 2022

**Carlos J. Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief

**Ivonne Castanon**
Assistant Deputy Chief

<u>**Austin Supervisor**</u>

Amanda Ceballos

Reply to:
501 West 5th Street, Suite 3200
Austin, Texas 78701
512-916-5297

**United States Magistrate Judge**
**Susan Hightower, U.S. Courthouse**
**501 West 5th Street**
**Austin, Texas 78701**

**RE:    Nikit Shingari**
**CASE NO.: 1:20-CR-00289-RP-10**
**BOND VIOLATION – NO ACTION REQUESTED**

Honorable Magistrate Judge:

On December 3, 2020, Nikit Shingari was released by U.S. Magistrate Judge, Andrew W. Austin, on pretrial supervision with conditions of release. The defendant is pending disposition for violations of Count 1: Title 21 U.S.C. § 846, 841(a) and 841(b)(1)(A) for Conspiracy to Possess with Intent to Distribute Methamphetamine, LSD, Cocaine, Adderall, MDMA, Fentanyl, Psilocybin Mushrooms, and Marijuana.

On April 8, 2022, the defendant submitted a urine specimen which revealed positive results for cannabinoids. On April 12, 2022, Pretrial Services was notified of the positive test results by the supervising officer in Southern District of New York. Subsequent contact with the defendant has resulted in his denial to intentionally using cannabinoids on of the above noted date. The defendant explained that he unknowingly ingested some of his friend's gummies, which he later found out contained Delta 8 THC. The defendant further explained that he did not know the gummies contained Delta 8 THC.

The defendant was admonished and instructed to refrain from using any illicit drugs. He was further reminded that any illicit drug use may result in revocation of his pretrial release.

As a corrective and controlling measure, Pretrial Services recommends the defendant be admonished by the Court.

Should the defendant fail to adhere to following his conditions of release, the Court will be advised for further action.

The defendant is scheduled to appear at Sentencing before the Honorable Robert Pitman, U.S. District Court Judge on July 29, 2022 at 9:00 a.m.

Assistant United States Attorney, Mark Marshall has been informed of the violation and concurs with the recommendation of Pretrial Services.

This information is being provided to the Court as information only and no action is being requested at this time.

If any further information should be required, please contact this officer at (512) 450-8576

Respectfully,

Daniel Palomares　　　　　　　　　　　　　　Amanda Ceballos
U.S. Pretrial Services Officer　　　　　　　　　Supervising U.S. Pretrial Services Officer


cc:　U.S. Attorney　Defense Counsel

The Court does concur  ✓　　　The Court does not concur _____

U.S. Magistrate Judge, Susan Hightower

April 27, 2022
Date